UNITED STATES DISTRICT

COURT DISTRICT OF

MASSACHUSETTS

Mainardes

V.                          CIVIL ACTION NO. 1:26-cv-11593-MJJ

Mullin et al

ORDER OF DISMISSAL

JOUN, D.J.

In accordance with this Court's Order dated April 14, 2026 and USCA Judgment dated February 25, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

April 14, 3036

/s/ Sophie Phillips
------------------------
- Deputy Clerk